

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

KRISTINA FAVELA, an individual,

Plaintiff,

vs.

ENSURANCE INSURANCE COMPANY, a foreign insurance company,

Defendant.

CASE NO:  4:25-CV-5126-TOR

ORDER OF DISMISSAL WITH PREJUDICE

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 19).  The parties represent that this matter has settled and request dismissal with prejudice and with each side to bear its own costs.  Having reviewed the file and the records therein, the Court is fully informed.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1) and the parties' stipulation, this action is **DISMISSED** with prejudice and with each party to bear its own costs.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED June 29, 2026.



Thomas O. Rice

THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2