AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 29, 2026**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| KRISTINA FAVELA, an individual | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  4:25-CV-5126-TOR |
|  | ) |
|  | ) |
| ENSURANCE INSURANCE COMPANY, a foreign insurance company | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  Pursuant to Rule 41(a)(1) and the parties' stipulation, this action is DISMISSED with prejudice and with each party to bear its own costs.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    THOMAS O. RICE

Date:  6/29/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*